UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

TANYA BRYANT, on behalf of
Herself and those similarly situated,

    Plaintiff,      CASE NO: 1:12-cv-00258-RS-GRJ

v.

SAILORMEN, INC.
    Defendant.
_____/

## JOINT MOTION TO FILE SETTLEMENT AGREEMENT UNDER SEAL AND TO DISMISS CASE

  Plaintiff, Tanya Bryant, and Defendant, Sailormen, Inc. d/b/a Popeye's Chicken & Biscuits, jointly move for leave to file their confidential Settlement Agreement and Release under seal, and for dismissal of this case with prejudice pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure. In support of this motion, the parties state as follows:

  1. This is a case in which plaintiff has asserted claims under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201, *et seq.*, as well as claims of discrimination, harassment, and retaliation under federal and state statutes and Florida common law.

  2. The parties participated in a settlement conference with Magistrate Judge Gary Jones on September 4, 2013, and after extensive negotiations, the parties reached an agreement to settle all claims in this case.

  3. In accordance with *Lynn's Food Stores, Inc. v. United States*, 679 F.2d

1350 (11th Cir. 1982), the parties filed a Joint Motion for Approval of Settlement of Claims Under the FLSA (Doc. 43), which motion was granted by the Court on September 12, 2013. (Doc. 44)

4. The remaining portions of the Settlement Agreement and Release do not need Court approval and are subject to a confidentiality provision binding on both parties. Therefore, the parties also request that they be permitted to file the Settlement Agreement and Release under seal and that the Court retain jurisdiction to enforce the terms of the settlement agreement if that becomes necessary.

5. Finally, since all claims have now been settled, the parties respectfully request that this case be dismissed with prejudice in accordance with Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure.

WHEREFORE, the parties respectfully pray that this motion be granted, that this case be dismissed with prejudice, each party to bear her/its own costs and attorney's fees, and that the parties be permitted to file the settlement agreement under seal, with the Court retaining jurisdiction to enforce the terms of the settlement agreement if necessary.

Respectfully submitted,

/s/ Matthew W. Birk
Matthew W. Birk
Florida Bar No.: 92265
309 NE 1st Street
Gainesville, FL  32601
Telephone:  (352) 244-2069
Telecopier:  (352) 372-3464
mbirk@gainesvilleemploymentlaw.com

ATTORNEY FOR PLAINTIFF

AND

*/s/ Brandi B. Cole*

Thomas H. Kiggans (La. Bar No. 14442)
Brandi B. Cole (La. Bar No. 32396)
II City Plaza
400 Convention Street, Suite 1100
Baton Rouge, Louisiana 70802-5707
P.O. Box 4412
Baton Rouge, Louisiana 70821-4412
Telephone: (225) 346-0285
Telecopier: (225) 381-9197
Email: kigganst@phelps.com
coleb@phelps.com

ATTORNEYS FOR DEFENDANT

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing motion was filed on October 1st, 2013 with the Court's CM/ECF system, which will electronically send a copy of the same to counsel for plaintiff.

*/s/ Brandi B. Cole*

COUNSEL FOR DEFENDANT

3

PD.10416450.1